**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA AND DUBLIN DIVISIONS**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 1:05-cr-058, Cunningham |
| | ) | 1:13-cr-274, Daniels |
| LEAVE OF ABSENCE REQUEST | ) | 1:14-cr-069, Williamson |
| | ) | 1:15-cr-063, Cunningham, et al. |
| NANCY C. GREENWOOD | ) | 1:15-cv-128, Daniels |
| December 4, 2015, and | ) | |
| December 30, 2015 – January 4, 2016 | ) | 3:11-cr-009, Cleveland |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Nancy C. Greenwood for December 4, 2015, and December 30, 2015, through January 4, 2016, for vacation outside of the district, the same is hereby GRANTED.

This _20th_ day of _Nov._ , 2015.

DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA

CLERK _____ SO DIST. OF GA

2015 NOV 20 PH 3: 42

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.