IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| SHELICA JESSICA DANIELS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 115-128 |
| | ) | (Formerly CR 113-274) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner, an inmate at the Federal Correctional Institute in Tallahassee, Florida, filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct her sentence. On May 12, 2016, the Court held an evidentiary hearing on Petitioner's claim counsel failed to file a direct appeal. (Doc. nos. 18, 19.) Presently before the Court is Petitioner's motion for the production of a transcript to the May 12th hearing. (Doc. no. 26.) Upon consideration, the Court **GRANTS** Petitioner's motion.

SO ORDERED this 20th day of September, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA