IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 113-274 |
| | * | |
| SHELICA JESSICA DANIELS | * | |

**O R D E R**

On August 19, 2014, Defendant Shelica Jessica Daniels was sentenced to serve a term of imprisonment of 156 months followed by 8 years of supervised release. At present, Daniels has filed a motion for reconsideration of her sentence, citing her post-sentencing rehabilitation. The Government opposes and seeks dismissal of the motion.

A sentencing court may not modify a sentence once it has been imposed outside of the three exceptions set forth in 18 U.S.C. § 3582(c). Under the first exception, a court may entertain a motion for release under certain extraordinary and compelling circumstances not present here. 18 U.S.C. § 3582(c)(1)(A). The second exception references Rule 35 of the Federal Rules of Criminal Procedure, which allows modification upon motion from the Government for substantial assistance or to correct a computational error within fourteen days of sentencing. 18 U.S.C. § 3582(c)(1)(B). Finally, under the third exception a court may reduce a sentence that was "based on a sentencing range that has

subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 944(o)." 18 U.S.C. § 3582(c)(2). Defendant has not argued let alone established that she is entitled to relief under any of these three exceptions.

Defendant cites 18 U.S.C. § 3742(e) as grounds to modify her sentence. This code section, however, does not grant a district court authority to review a final sentence. Taylor v. United States, 2018 WL 703441 (N.D. Ga. Jan. 11, 2018) (citing United States v. Auman, 8 F.3d 1268, 1271 (8th Cir. 1993)). Rather, § 3742(e) sets forth the grounds upon which the court of appeals may consider the appropriateness of an imposed sentence. Section 3742(e) has no application to Defendant's present circumstance.

In short, Defendant Shelica Jessica Daniels has failed to establish a basis to invoke this Court's authority to modify his sentence. Thus, the Government's motion to dismiss Defendant's motion for reconsideration (doc. no. 60) is **GRANTED**. The Clerk is directed to **TERMINATE** Defendant's motion for reconsideration of the imposed sentence (doc. no. 59).

**ORDER ENTERED** at Augusta, Georgia, this 19th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE

2